Commonwealth *v.* Weaver, Appellant.

Submitted March 10, 1969. *Frederick W. Andrews,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.
Commonwealth *v.* Walker, Appellant.

Before ATKINS, P. J.

Argued March 10, 1969. *J. Patrick Clark,* Assistant Public Defender, for Williams, appellant; *Gerald E. Ruth,* Public Defender, for Walker, appellant; *P. Nelson Alexander,* Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Enterline, Appellant, *v.* McCrory Corporation.

Argued March 10, 1969. *Morrison B. Williams,* for appellant; *Michael P. Loucks,* with him *Liverant, Senft and Cohen,* for appellees.

Order affirmed.